# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

Orlando Pelzer
Plaintiff,

vs.

Civil Action No. 7:11-CV-00111

John Garman/Regional Director
Daniel A. Braxton/Warden Of A.C.C.
Alene Meadows/RNCB Of A.C.C.
Judy Roach/RN Of A.C.C.
Defendant(s).

## VERIFIED STATEMENT

I, the plaintiff in this action, have been advised of the requirements regarding exhaustion of administrative remedies as outlined in 42 USC § 1997e and now submits this verified statement.

(Choose only one):

\*\*\*\*\*\*\*\*\*\*\*\*I have exhausted my administrative remedies as to each of the claims raised in my complaint by appealing my claims to the highest available level of the administrative remedies procedures. *Copies of the record of the proceedings are attached to this statement.*

_____I have attempted to exhaust my administrative remedies but my grievance was rejected as untimely. I have appealed that determination to the highest level available. *I have attached documentation verifying my attempts to exhaust administrative remedies.*

_____There are no administrative remedies available to me at this time, either because the issue(s) I raise is nongrievable, or because there is no grievance procedure at the correctional facility at which I am confined. *I have attached documentation verifying my attempts to exhaust administrative remedies.*

_____This cause of action arose at _____, and I am now being housed at another facility, _____. Therefore, I do not believe I have administrative remedies available at this time.

I affirm that I am the plaintiff in this action and I know the content of the above statement; that it is true of my own knowledge, except as to those matters that are stated in it based on my own information and belief; and to those matters, I also believe them to be true. I declare under penalty of perjury that the foregoing is true and correct.

11-04-10
DATE

*Orlando Pelzer*
SIGNATURE OF AFFIANT

# Exhibit No: 1

## Exhausted Grievance Remedies

Statement of facts: Grievance # Acc-10-Rea-00099 wasn't investigated like I requested. Because witnesses such as Nurse Richmond/LPN who signed an affidavit, and % Dzuba who called over to medical after seeing me carry my property in A/B housing and saw me bleeding, are willing to tell the truth about what happen, but not question

Witnesses: • Nurse Richmond's Affidavit is: Exhibit No: 3

• % Dzuba said he would give his statement through Subpoena, for job security reasons.

• % Lohey (younger brother) not investigator assistant, escorted me over to medical after count had cleared and Lt. Sampson had been contacted by my family members. (Same as % Dzuba's reason as to why I don't have a copy of statement.)



VIRGINIA DEPARTMENT OF CORRECTIONS    866.1 A-7
DOC Location: Central Office,
Administration

**Offender Grievance Response - Level II**

Report Generated by Ray, Howard
Report run on 1/18/2011 at 11:12 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | Current | Augusta Correctional Center | ACC-10-REG-00099 |
| Housing | | Filed | Augusta Correctional Center | |
| D-2-57-B | | Appeal to Address | | |
| | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that the nurse did not provide you with a cart to move excess property to your housing unit until after you started lifting the property. You state this put your health in danger. You want this matter investigated.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. After reviewing the information from Nurse Meadows, you were medically discharged from the infirmary and provided with a cart for your property. This issue is governed by **OP 720.1.**

If you continue to experience health issues, please resubmit a sick call request for further evaluation of your medical needs. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

Level II is the last level of appeal for this grievance

| | |
|---|---|
| | 1/18/11 |
| | Date |



VIRGINIA DEPARTMENT OF CORRECTIONS

Offender Grievance Response - Level I

866.1 A-6

DOC Location: Augusta Correctional Center

Report Generated by Conner, Sandra

Report run on 1/7/2011 at 1:32 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | **Current** | Augusta Correctional Center | ACC-10-REG-00099 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| D-2-57-B | | | | |

LEVEL I: <u>WARDEN/SUPERINTENDENT'S RESPONSE</u> (To be completed and mailed within 30 calendar days)

In your grievance you state that on your informal dated 11-23-10 Ms. Meadows is trying to help cover up the medical malpractice actions of Nurse Roach by saying you were given a cart to move excessive pounds of property to your housing unit. You had already lifted the excessive pounds of property from the infirmary to medical waiting area and stopped because of stinging and burning sensation and told Ms. Roach in front of the officer in which you started to argue. The officer then told you to calm down and stop arguing and sent the medical worker to get the cart which you had to load and take off at the housing unit. You would like this matter to be investigated because your health was put in danger. You are referring to your internal organs which are at risk with an infection because of this.

Your informal attempt to resolve this matter is attached to this grievance.

Ms. Meadows states the you have remained ambulatory. Your hernia repair is intact by all accounts. Nurse Roach discharged you from the infirmary. You were also supplied with a cart to move your property. Your complaint is noted however there was nothing found to support your allegations that Ms. Meadows is trying to cover up any medical malpractice or that Nurse Roach violated any policy or procedure.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services
PO Box: 26963
Richmond , VA 23261-6963

| | Date 1/7/11 |
|---|---|

I wish to appeal the Level I response because: I would like to exhaust my Level II remedy at the Regional Director Level, who relies on the remarks by Level I, and discounts primers remarks and substance of ones complaints so I can further appeal to the courts, because an investigation of my complaints was not done here at A.C.C.

| Offender Signature *Orlando Pelzer* | Date 1-8-11 |
|---|---|

RECEIVED JAN 12 2011 By_____


# REGULAR GRIEVANCE

Med
12/23

Log Number: ~~ACC10 Reg~~ 00099

| Pelzer | Orlando | 1184761 | D2 | 57-B |
|--------|---------|---------|-----|------|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.) I alledge and contend that Inf. Complaint #150-10-inf-02637 responded too by Ms. Meadows RNCB on 11-23-10 is trying to help cover up the medical malpractice actions of Ms. Roach LPN by saying I was given a cart to move excessive pounds of property to my housing unit. I had already lifted the excessive pounds of property from the infirmary to medical waiting area and stopped because of stinging and burning sensation" and told Ms. Roach LPN in front of S/o in which we started to argue. This S/o then tolded me to calm down stop arguing and sent the medical worker to get the cart which I had to load and ~~off~~ then off load at housing unit myself. So the cart being given to me after the fact of me lifting lbs of property is not relevant to my complaint, just an answer given to try and cover up the truth.

**What action do you want taken?** I would like this matter investigated because, my health was put in danger and when I say health I mean life. because my internal organs are at risk right this moment with an infection because of said issue.

**Grievant's Signature:** Orlando Pelzer - 1184761          **Date:** 12-5-10

RECEIVED
JAN 12 2011

RECEIVED
DEC - 8 2010
GRIEVANCE OFFICE

By

**Warden/Superintendent's Office:** _____

**Date Received:** _____

Revision Date: 5/29/07

RECEIVED
NOV - 9 2010

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

ORLANDO Pelzer  1184761  D2 61 T

Offender Name | Offender Number | Housing Assignment

NOV 1 6 2010

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [x] Food Service
- [ ] Commissary
- [x] Other (Please Specify): Warden D. Braxton
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

I alledge and contend that on sept 4,2010 after first having undergone hernia repair, I was released from A.C.C. medical ward and told by Ms Roach LPN (License Practical Nurse-Practitioner) to lift excessive pounds of property to my unit. I submitted an informal complaint that evening and todate have not received my pink copy or response to the matter.

Offender Signature _Orlando Pelzer - 1184761_  Date _11-5-10_

**Offenders - Do Not Write Below This Line**

**Date Received:** 11/8/2010

**Response Due:** 11/23/2010

**Tracking #** 150-10-inf-02637

**Assigned to:** Medical

Action Taken/Response:

Ms Roach discharged client from enfirmary. Offender supplied w/ cart to move property.

RECEIVED
JAN 12 2011

_Meadows RNCB_
Respondent Signature

Printed Name and Title

By _23-10_
Date



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: Central Office, Administration
Report Generated by Ray, Howard
Report run on 1/18/2011 at 10:45 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | **Current** | Augusta Correctional Center | ACC-10-REG-00033 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| D-2-57-B | | **Appeal to Address** | | |
| | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that the nurse attended to other offenders on 11/02/10 before attending to your medical condition. You want the nurse terminated because you were first in line.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. After reviewing the information from Nurse Meadows, you were provided medical attention by the nurse on 11/02/10 at the time that was determined to be appropriate by her. This issue is governed by **OP 720.1**.

If you continue to experience health issues, please resubmit a sick call request for further evaluation of your medical needs. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

Level II is the last level of appeal for this grievance

| | |
|---|---|
| | 1/18/11 |
| | Date |

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | **Current** | Augusta Correctional Center | ACC-10-REG-00033 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| D-2-57-B | | | | |

**LEVEL I:** WARDEN/SUPERINTENDENT'S RESPONSE (To be completed and mailed within 30 calendar days)

In your grievance you state that Ms. Roach, LPN, attended to other inmates in the waiting room on November 2, 2010 at 6:30pm before seeing to your incision cleaning treatment.

Your informal attempt to resolve this matter is attached.

According to Ms. Meadows, RNCB, you were seen on November 2, 2010. Due to the nature of your dressing of the incision wound, other offenders were seen ahead of you. You were not denied access to health services. A call to Dr. Marsh was put in after the visit on the above mentioned date.

Based on the above information your grievance is deemed UNFOUNDED:

If you are dissatisfied with the Level 1 response you may appeal within 5 calendar days to:
Health Services Director Unit, P.O. Box Office Box 26963, Richmond, VA 23261-6963.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services
PO Box: 26963
Richmond , VA 23261-6963

| | | |
|---|---|---|
| *L.A. Braxton* DSN per | | Date 1/5/11 |

I wish to appeal the Level I response because: *I would like to exhaust my Level II remedy at the Regional Director Level, who relies on the remarks by Level I, and discounts prisoners remarks and substance of ones complaints so I can further appeal to the courts, because an investigation of my complaints was not done here at A.C.C.*

| | | |
|---|---|---|
| Offender Signature *Orlando Pelzer* | | Date 1-8-11 |



# REGULAR GRIEVANCE

Med 1218

Log Number: _Acc10 Reg 00033_

| Pelzer | Orlando | 1184761 | D2 | 61 T |
|--------|---------|---------|-----|------|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) I alledge and contend that on 11-2-10 I came to Medical Dept. for my 6:30 p.m. incision cleaning treatment when Ms.Roach LPN, after an inmate was taken to seg. made me wait after she treated two other inmates. I was in the medical waiting area before any other inmate. and Ms.Roach LPN saw me in the waiting area alone. After the other inmates came, in Officer Burton ask Ms.Roach LPN if she wanted to see me (O.Pelzer) first she ask who else is out there now and Officer Burton told her the inmates names and she then said send them in first. Ms.Roach LPN continues to show and be bias bias towards me for writing her up.

**What action do you want taken?** I alledge and contend that Ms. Meadows RNCB, respondent to the attached Inf. Complaint teaching #150-10-Inf-02604 be teaminated due to Her bias and Prejudice. along with Ms.Roach LPN toward me, as the complaint shows I was first in the waiting area.Further more. this matter be investigated to prevent future. action of bias andprejudice towards myself + other Afro-American inmates.

Grievant's Signature: _Orlando Pelzer – 1184761_     Date: 11~19~10

RECEIVED
JAN 12 2011

RECEIVED
NOV 2 3 2010
GRIEVANCE OFFICE

Warden/Superintendent's Office: _____

Date Received: _____

Revision Date: 5/29/07

## Informal Complaint    NOV - 4 2010

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Pelzer Orlando          1184761          T2-6
Offender Name            Offender Number          Housing Assignment

☐ Unit Manager/Supervisor      ☐ Food Service            ☐ Treatment Program Supervisor
☐ Personal Property            ☐ Commissary              ☐ Mailroom
☑ Medical Administrator        ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

On 11-2-10 I came to medical Dept. for my 6:30 p.m. incision cleaning treatment when nurse Roach after an inmate was taken to seg. made me wait after she treated two other inmates that came in after me to treat me. I was in the medical waiting area before any other inmate and she still made me wait last. Officer Burton ask i- she wanted to see me first because she (N.Roach) saw me come in and sit down before anyone else. Nurse Roach told him to send in the other inmate.

Offender Signature _Orlando Pelzer ✓184761_  Date _11-2-10_

### Offenders - Do Not Write Below This Line

Date Received: _11/3/10_                    Tracking # _15010 InfO2604_

Response Due: _11/18/10_          Assigned to: _Medical_

Action Taken/Response:

_Due to Block Movement - Clients are not Scheduled by appt but by Block - there is no set order for being seen_

RECEIVED
JAN 1 2 2011
By _____

_a.meadows RN CB_                    _11-11-10_
Respondent Signature          Printed Name and Title          Date

Original – Offender          First Copy – File          Second Copy – Offender as Intake Receipt



VIRGINIA DEPARTMENT OF CORRECTIONS

Offender Grievance Response - Level II

866.1 A-7
DOC Location: Central Office, Administration
Report Generated by Ray, Howard
Report run on 1/18/2011 at 10:59 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | **Current** Augusta Correctional Center | | ACC-10-REG-00041 |
| **Housing** | | **Filed** Augusta Correctional Center | | |
| D-2-57-B | | **Appeal to Address** | | |
| | | | | |

LEVEL II: REGISTERED DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you requested a bottom bunk on 11/05/10. You were told you have no medical restrictions. You want this matter investigated.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. After reviewing the information from Nurse Meadows, you were noted to have neither medical restrictions, nor an order for a bottom bunk on 11/05/10. This issue is governed by **OP 720.1**.

If you continue to experience health issues, please resubmit a sick call request for further evaluation of your medical needs. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

Level II is the last level of appeal for this grievance

| | |
|---|---|
| | 1/18/11 |
| | Date |

VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: Augusta Correctional Center
Report Generated by Puckett, Kristin
Report run on 1/5/2011 at 9:30 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Pelzer, Orlando | 1184761 | **Current** | Augusta Correctional Center | ACC-10-REG-00041 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| D-2-57-B | | | | |
| | | | | |

LEVEL I: <u>WARDEN/SUPERINTENDENT'S RESPONSE</u> (To be completed and mailed within 30 calendar days)

In your grievance you state a request for bottom bunk status November 5, 2010 due to a hernia repair surgery.

Your informal attempt to resolve this matter is attached.

According to Ms. Meadows, RNCB, there are no medical restrictions for a superficial wound of this size. Diagnostics revealed that Offender Pelzer was healed from the surgery in August and should not require special bunking. Bottom bunk status not ordered until November 16, 2010 after November 11, 2010 answer. Offender Pelzer was released to work on November 24, 2010.

Based on the above information your grievance is deemed UNFOUNDED:

If you are dissatisfied with the Level 1 response you may appeal within 5 calendar days to:
Health Services Director Unit, P.O. Box Office Box 26963, Richmond, VA 23261-6963.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services
PO Box: 26963
Richmond , VA 23261-6963

| *Ω.Ω. Brantion* | Date 1/5/11 |
|---|---|

I wish to appeal the Level I response because: I would like to exhaust my Level II remedy at the Regional Director Level, who relies on remarks by Level I and discounts prisoners remarks, and substance of one's complaints so I can further appeal to the courts, because an investigation of my complaint was not done at A.C.C.

| | |
|---|---|
| Offender Signature *Orlando Pelzer* | Date 1-8-11 |


RECEIVED
JAN 12 2011
By _____



Med
12/14

# REGULAR GRIEVANCE

Log Number ACC10 Reg 0024

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| Pelzer | Orlando | 1184761 | D2 | 61 T |

**WHAT IS YOUR COMPLAINT?  (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.)** On 11-5-10 I ask Sgt. Coneberry about being move to a cell downstairs that was open with a bottom bunk, because of restrictions of no lifting or climbing after under-going hernia repair surgery. The Sgt. was told that I had no restrictions by Ms. Hepler that's over medical records. There is no way that I didn't have restrictions of lifting that could cause damage in repaired area if lifting excessive pounds, and climbing that could cause tearing in my incision from stretching to get on the top bunk where as my incision is not all the way closed yet due to complications. Dr. Marsh had restrictions noted in my file.

**What action do you want taken?** I alledge and contend that Ms. Meadows R.N. c. B respondent to Informal Complaint teaching # 150-10-Inf-08639 be investigated for deliberately putting false information in her response, saying I have no restrictions. In which because of her bias actions, she further put me in harms way, so upon investigation of this matter and her statement is found false, I ask the she be terminated.

**Grievant's Signature:** Orlando Pelzer -1184761.    **Date:** 11-18-10

RECEIVED
NOV 29 2010
GRIEVANCE OFFICE

RECEIVED
JAN 12 2011

**Warden/Superintendent's Office:** _____

**Date Received:** _____

1 of 2

*Revision Date: 5/29/07*

# Informal Complaint

NOV - 9 2010

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Orlando Petzer                 1184761              D2-61
Offender Name                  Offender Number       Housing Assignment

☐ Unit Manager/Supervisor      ☐ Food Service        ☐ Treatment Program Supervisor
☐ Personal Property            ☐ Commissary          ☐ Mailroom
☐ Medical Administrator        ☑ Other (Please Specify): Mrs Conners / Grievance Supervisor

Briefly explain the nature of your complaint (be specific):

I've been out of the medical ward a week now on the top tier + the top bunk. So today after dealing with the pain all week on 11-5-10 I ask Sgt. Caneberry about moving down stairs to an open cell that has a bottom bunk open but Sgt. Caneberry told me that Mrs. Helper told her I have no restrictions. I know I still have restrictions of no lifting and climbing but medical dept. continues to not give me proper treatment for my healing process. "time was around 10:30 a.m."

Offender Signature _Orlando Petzer_          Date _11-5-10_

## Offenders - Do Not Write Below This Line

**Date Received:** 11/8/2010                    **Tracking #** 150-10-INF-0263

**Response Due:** 11/23/2010                    **Assigned to:** medical

Action Taken/Response:

There are no medical restrictions for a wound (superficial) of this size. Diagnostics have revealed you are healed / healing well. Surgery in August and should not require "special" Bunking.

RECEIVED
JAN 12 2011
By_____

_A meadows RNCB_                            _1-11-10_
Respondent Signature        Printed Name and Title        Date

Original – Offender            First Copy – File            Second Copy – Offender as Intake Receipt

# Exhibit No: 2

Fact 1: • Medical Files from date of first surgery on Aug. 31, 2010 with
restrictions of no heavy lifting noted nurse Puffenburger, see highlighted
area — restrictions in yellow

  * Note: Consultation Sheet from UVA like shown in Exhibit No: 6 with
all restrictions noted was removed from my file before given copies.

Facts 2: • Medical File report page 2 shows day discharged from medical by
Nurse Roach which she said was per doctor Marsh, see highlighted area

  Medical File report page 3 shows summarized report from Mrs. Richmond/RN
after said incident had happen and my family members contacted Lt.
Sampson (female) whose now Capt. Sampson like her husband, (After 5:30 p.m count) see highlighted

  * Note: Dr. Marsh didn't know I was discharged because I was still taking
  codine pills for pain. Notice Dr. Marsh signed off on statement above 9-5-10 on
  page one M (Dr. Marsh's mark) not on discharge note written by Nurse Roach.

  * Note: Inmate Accident/Injury Report would not be released for me to
  get a copy of, Ms. Meadows refused my request told me to get legal
  Counsel for a copy. (Date of report 9-5-10)

**Facility:** AUGUSTA CORRECTIONAL CENTER

**Offender Name:** PELZER (Last)   ORLANDO (First)   **Number:** 118 4761

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8/22/10 | Stool for occult | [signature] |
| 8/24/10 @ 9AM | Blood drawn for CBC, C7, LFT. | J Sparks LPN |
| 8/30/10 | NPO midnite. | [signature] RN Coach |
| 8/31/10 | Report called to medical. Surgical consult, requires give IV Toradol 200 mg Rocephrin, 4 mg dexamethasone and Lidocaine injection on scar 72°, darts, showers, increase ambulation no wt. greater than 10 pounds for 6 weeks. diet as tolerated, start on clear liquids but not voided yet | [signature] |
| 8/31/10 – 11 PM | Inmate seen on Rounds. | |
| T 102.2 | S/P – hernia repair (R) | |
| P – 82 | dsg dry & intact c̄ some | |
| R – 16 | edema. Inmate c/o of | |
| BP – 128/64 | pain requesting meds | |
| O₂ – 99% | ↑ Temp 102.2 – Administered | |
| | IV fluids – Gave 8 oz water c̄ Codeine 2 tabs | |
| | cough, deep breathing | |
| | exercises & pillow | |
| | splint. c/o of feet | |
| | feeling numb. Demonstrated | |
| | ankle pumps q 1-2 hrs. | |
| | Inmate to roll on sides | |
| | using elbows, pedal | |
| | pulses present, skin warm & dry. ↑ To see Dr. Marsh | |
| | by am ↑ | [signature] J Kenya |
| | Noted 8/31/10 – J Kenya | |

**Facility:**  AUGUSTA CORRECTIONAL CENTER

**Offender Name:** Pelzer, Orlando    **Number:** 1184761
_Last_ _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9/2/10 9pm | Wanting to Remove Lidocaine patch + shower - instructed that it was not 72 hrs yet. Questioned re Bowel Movements - still having trouble - 3 order for Colace? | R. Johnson DPA |
| 9/3/10 | Colace 100mg Pad x30 to Dr Welsh Seena 9/3/10 noted | |
| 9/3/10 - 10pm | Seen on pm rounds. Inmate going to shower. c/o of allergic rxn abdomen from lidocaine patch - given allergic rxn, complains of scratchy throat - examined throat - no red areas or edema - throat pink, lungs clear. Coughing up white sputum). Given salt packets (3) instructed to gargle c warm salt water - | D. King RN |
| T-99.6 | | |
| P-71 | | |
| R-16 | | |
| BP-124/70 | | |
| O2-98% | | |
| 9/4/10 98.6 | Suson Chest hurts, coughed instructed to get top bunk. Placed outside for rec 1hr | |
| 9/5/10 10³⁸ | no voiced complaint Discharged, examined back - | |
| 9/5/10 4p | S- Incision well approx closed, cleaned - measured | |

**Facility:** AUGUSTA CORRECTIONAL CENTER

**Offender Name:** Pelzer, Orlando
Last        First

**Number:** 1184761

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 9/5/10 (cont) | off work for 2 wk - Inst to sign up for sick call if cont to have problems for extension of work excuse | *[signature]* |
| 9/5/10 11⁵ pm | Call recieved from A1-2 I/m c/o bleeding incision opening up - escorted over I me sight red blood noted on towel - area open aprox 1 3/4 to 2" long from umbilical area to ® side Dr Marsh contacted. Instructed to culture wound, do w/d dress + send to UVA ER in Am for | *[signature]* |
| 9/6/10 1⁰⁰ am NPO | wound assessment + closure. Site cultured, w-d packing + dress placed, assisted from lying position placed in Inf Tonite. Lt Sampson aware he needs to go out in Am - N.Richmond LPN | |
| 9/6/10 5¹⁵ am | Spoke with Nurse Andrea At UVA ER Report given a d advised of approx arival time @ 8 Am | E. Stewart LPN |
| 9/6/10 12³⁸ | sent to hospital this am to check wound, "Burst open!" Taken to UVA to fix. Returning this pm | *[signature]* |
| 9/6/10 7 pm | sitting ↑ in bed - states that he hasn't had BM | *[signature]* |
| 9⁵⁴ | since Wed - Rec McCitale | |
| 117172 42 | in ER c̄-0 results Inst | |

Exhibit No: 3

Fact : Witness affidavit from Nurse Richmond with certified seal + stamp.

# AFFIDAVIT

I ORLANDO PELZER first being duly sworn states the following to be true:

① I am a prisoner to date here at Augusta Correctional Center and round about sept. 4, 2010 estimated time 1:00 p.m., I was put out of the medical ward by Ms. Roach LPN after under-going ® Ingril hernia repair surgery 4 days before and was demanded by Ms. Roach LPN to lift excessive lbs. of property and take back to housing which was totally against the restrictions set by Surgeon Carlos Tache-Leon at UVA. The lifting cause my incisian to splitt back open.

② I Nancy A Richmond LPN here at Augusta Correctional Center duly sware that I Nancy A Richmond witness inmate ORLANDO Pelzer #1184761 taking property into A/B entry way and also treated and prep him for emergency run to UVA after his incision splitt

ORLANDO PELZER

Orlando Pelzer

AFFIDAVIT

STATE OF VIRGINIA
CITY/COUNTY OF Augusta
ACKNOWLEDGED BEFORE ME
THIS 29th DAY OF Jan YEAR 2011
L. Griffin #7095196
NOTARY PUBLIC
MY COMMISSION EXPIRES: 7/31/2011

Exhibit No: 4

Report from UVA's ER after negligent act

# Orlando Pelzer                                          (MR # 2217333)

---

## Visit Information

| Other Encounter Related Information |
| --- |
| See Additional Detail |

Date          Provider
9/6/2010      Pamela Ross, MD

---

### ED Notes filed by Pamela Ross, MD at 09/25/10 1313

| Author: | Pamela Ross, MD | Service: | (none) | Author Type: Physician |
| --- | --- | --- | --- | --- |
| Filed: | 09/25/10 1313 | Note Time: | 09/06/10 0808 | |

Related Original Note by: Pamela Ross, MD filed at 09/09/10 1249
Notes:

| Trans ID: | 801163400N-4 | Trans Status: | Available |
| --- | --- | --- | --- |

University of Virginia Medical Center
Name:Pelzer, Orlando
DOB:02/02/1977
Age:33 years
Sex:Male
Nurse's Notes
MRN:2217333
Account#:8011634006
Arrival Date:09/06/2010

Presentation:
09/06 Method of Arrival: Walk-In,                          nf
08:09
08:14 Acuity: Level 4.                             mar

Historical:
- Allergies: Tylenol("itchy");
- Home Meds:
 1. Ibuprofen Oral;
- PMHx: None;
- PSHx: Right inguinal hernia repair;
- Social History: The patient denies using alcohol, tobacco, street
 drugs.
- The history from nurses notes was reviewed: and I agree, and have
 included additional items.

Screening:
09:10 Abuse screen: Denies threats or abuse. Denies injuries from          bg3
       another. Social History The patient denies using alcohol, tobacco,
       street drugs. Fall Risk assessed. None identified.

Assessment:
08:30 General: Appears in no acute distress, Alert uncomfortable,          bg3
       Behavior is cooperative, pleasant. Pain: Complains of pain in right

lower quadrant Pain currently is 6 out of 10 on a pain scale.
Quality of pain is described as burning, Pain began 1 day ago Is
continuous. Neuro: oriented X3, moves all extremities. EENT:
PERRLA, no drainage noted, no swelling or redness noted.
Cardiovascular: Regular rate, pulses strong/equal, skin warm & dry.
Respiratory: No resp distress, Normal breath sounds. GI: Bowel
sounds present X 4 quads. Abdomen has rebound tenderness in

Name:Orlando Pelzer
MRN:2217333
Account#:8011634006
Page 1 of 4
University of Virginia Medical Center
Name:Pelzer, Orlando
DOB:02/02/1977
Age:33 years
Sex:Male
Nurse's Notes
MRN:2217333
Account#:8011634006
Arrival Date:09/06/2010

suprapubic area, right lower quadrant and left lower quadrant
Reports constipation, has not had a BM in 6 days. GU: Denies
difficulty with urination. Derm: Skin horizantal incision RLQ.
Aprroximately 4 inches long. Medial portion of incision open about
2cm in length. Reports Incision from hernia surgery he had last
Tuesday has come open partially. Musculoskeletal: No evidence of
trauma, non-tender, moves all extremities. Additional nurses notes:
Pt. is a prisoner, 2 officers present.
09:13 Additional nurses notes: Taken to radiology for CT scan.        bg3
11:43 Additional nurses notes: Surgical doctors at bedside with pt.        bg3

Vital Signs:
09:10 BP 166 / 101; Pulse 59; Resp 18; Temp 36.2; Pulse Ox 99% on R/A;   bg3
Pain 6/10;

ED Course:
08:08 Patient arrived in ED.                          nf
08:14 Triage completed.                             mar
08:14 Gullo, Jennifer, MD is PHCP.                      jg2
08:43 Ross, Pamela, MD is Attending Physician.                par
08:48 Guydo, Beth is Primary Nurse.                     bg3
08:48 CBC With Diff - Lav Tube Sent.                    rs1
08:48 BMP - Light Green Tube Sent.                     rs1
09:10 Inserted peripheral IV: 18 gauge in left antecubital area and blood bg3
collected.
09:10 Patient moved to radiology.                      ktj
09:10 Patient has correct armband on for positive identification. Placed  bg3
in gown. Bed in low position. Call light in reach. Side rails up
X2. Adult w/ patient. Security at bedside. Belongings Inventory Not

removed. Valuables not removed.
09:11 Abdomen Acute: Sup, Uprt, & Pa Cxr In Process Unspecified.         EDMS
11:50 Surgery, Clinic is Referral Physician.                    jg2

Name:Orlando Pelzer
MRN:2217333
Account#:8011634006
Page 2 of 4
 University of Virginia Medical Center
Name:Pelzer, Orlando
DOB:02/02/1977
Age:33 years
Sex:Male
Nurse's Notes
MRN:2217333
Account#:8011634006
Arrival Date:09/06/2010

14:19 Consult attached to chart.                    lb3

Administered Medications:
08:55 Drug: NS 0.9% 1000 mL; Route: IV; Rate: Bolus;              bg3
10:00 Follow up: IV Status: Completed infusion              bg3
08:55 Drug: FentaNYL (PF) 50 mcg; Route: IVP; Site: left antecubital;   bg3
11:42 Drug: oxyCODONE Tablet 5 mg; Route: PO;              bg3
11:42 Drug: oxyCODONE Tablet 5 mg; Route: PO;              bg3
11:42 Drug: Magnesium Citrate Liquid 300 mL; Route: PO;          bg3

Outcome:
11:50 Aware of vital signs, to follow up with PMD.              jg2
11:51 Discharge ordered by MD.                    jg2
12:34 Discharged to Police custody. Condition: stable. Additional hours  bg3
    of infusion: Not Applicable. Belongings/Valuables disposition: home
    with patient. Discharge instructions given to patient, police,
    Instructed on discharge instructions, follow up and referral plans.
    medication usage, Importance of having a BM and taking appropriate
    medications to facilitate. Instructions given to guards to provide
    to infirmary. Demonstrated understanding of instructions,
    medications, Prescriptions given X 2, Explained by Nursing.
12:37 Patient left the ED.                    bg3

Signatures:
Dispatcher MedHost              EDMS
Ross, Pamela, MD              MD   par
Jordan, Kurt              ktj
Ralph, Michael, RN              RN   mar
Bragg, Leana              lb3
Snyder, Robin              rs1
Frazier, Nikki              Reg  nf

Name:Orlando Pelzer
MRN:2217333
Account#:8011634006
Page 3 of 4
 University of Virginia Medical Center
Name:Pelzer, Orlando
DOB:02/02/1977
Age:33 years
Sex:Male
Nurse's Notes
MRN:2217333
Account#:8011634006
Arrival Date:09/06/2010

| Gullo, Jennifer, MD | MD | jg2 |
| Brill (704), Katie | kb7 | |
| Guydo, Beth, RN | RN | bg3 |

Corrections: (The following items were deleted from the chart)
08:52 08:16 Allergies: No known drug Allergies; jg2                         kb7


Home Medication: Ibuprofen Oral; Reason: ; Dose: unspecified
    dosage; Last Dose: unspecified last dose taken;

Name:Orlando Pelzer
MRN:2217333
Account#:8011634006
Page 4 of 4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Encounter-Level Ambulatory Progress Notes - Scanned:**
There are no encounter-level ambulatory progress notes - scanned.

**Chart Review Routing History**
No Routing History on File

Exhibit No: 5

Defamation of Character: Trying to insist that I
was crazy or delirious about the infection + non-
healing of my incision after "negligent act"

Referral statement to Psychologist by R.Adkins-RN
&
Response from Psychologist  T.Miller, MA

* Notice Dates *
highlighted

* I had a second surgery 20 days after this referral for an
infection down in the inside of where I ~split back open~. Second
surgery pre schedule in November.  See exhibit 6 bottom of page 2

TM
MH-1

**Augusta Correctional Center**
Mental Health Services
Referral Form

_12-1-10_
**Date**

_D2-57_
**Housing Unit**

_Pelzer, Orlando_
**Inmate Name**

_1184761_
**Inmate Number**

**Reason for referral:**

unrealistic perception of current condition —
Repeatedly claims internal organs are infected
+ damaged - (No diagnostic basis for claims)
Denies healing or progress -

**Referred by:** R Adkins RN       **Date:** _12-1-10_

**Psychologist:** T. Miller, MA       **Date:** _12-7-10_

**Action Taken:** Offender goes to Medical (has a pass) for 12/2 -
12/31 to have his surgery wound washed out. The pass
is signed by nurse Richmond. Offender states the wound is
infected and he has been prescribed antibiotics. Offender stated
that he talked to DR M droh today and will be returning
to MA for surgery to clean out the infected wound.
The offender is alert, cooperative and oriented. There is no evidence
that the offender is experiencing any perceptual disturbances.

## Exhibit No: 6

Fact :     Assessment after visit of said incident cause by Nurse
Roach and infection not cleared up by antibiotics

# UNIVERSITY OF VIRGINIA HEALTH SYSTEM



0100000

ISO:
PELZER ,ORLANDO
2217333        642     C    B7S
3153771971              11/22/10
DOB:  02/02/1977    SEX: M
PROV: TACHE-LEON CARLOS A

## CONSENT FOR MEDICAL/SURGICAL PROCEDURES AND ADMINISTRATION OF ANESTHESIA OR SEDATION

### A. CONSENT FOR PROCEDURE

**1.** I authorize Dr. _Tache-Leon_ to perform the following procedure(s): _Incision and drainage of (R) groin wound._ _Removal of foreign body_

I understand that my doctor may need to perform other urgent procedures that were unanticipated. I consent to the performance of any additional procedures determined during my original procedure to be in my interests and where delay might cause additional harm.

I understand that my doctor may choose other qualified practitioners, including residents (doctors who have finished medical school and are getting more training), to do or help with procedures. These practitioners may perform significant surgical tasks including: opening and closing incisions, harvesting grafts, dissecting tissue, removing tissue, implanting devices, and altering tissues. All qualified practitioners will only perform tasks that are within their scopes of practice and for which they have been granted clinical privileges. Residents will only perform all or parts of the procedures under the supervision of my doctor.

**2.** I understand my diagnosis/condition to be: _non-healing wound_

**3.** I have been told about what results to expect, which includes information about the chances for the expected results and about problems that might occur during recuperation. I know that results cannot be guaranteed.

**4.** I have been told about and understand the risks and benefits of the procedure(s) listed above. I understand that there are risks for all kinds of surgery. These risks, which can be serious, include bleeding, infection, and damage to nearby tissues, vessels, nerves, or organs. They may result in paralysis, cardiac arrest, brain damage, and/or death. Other risks for this procedure may include: _Bleeding, infection, need for repeat procedures_

**5.** I understand the alternatives to the proposed procedure and the related risks to be: _No surgery_

**6.** I understand that for some kinds of medical equipment used during procedures, a representative from the equipment manufacturer may be present, providing consultation or performing checks on the equipment.

**7.** I understand that photographs and/or video or electronic recordings may occur during my procedure and may be used for internal performance improvement or educational purposes.

**8.** I understand that any tissues or parts removed during my procedure may be disposed of by the hospital or used for any lawful purpose including education and research.

# CONSULTATION REPORT

## PLEASE BILL TO ANTHEM
### Remember to attach a copy of the offenders Immunization record

| | | | |
|---|---|---|---|
| Sending Facility: | Augusta Cov. Cntr | Date: | 11/22/10 @ 10:00 Am |
| Offender Name: | Orlando Pelzer | Offender #: | 1184761 |
| SS#: | 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   DOB: 2/2/77 | T/D: | |
| Allergies: | | | |
| Current Medications: | See attached. | | |
| Referred By: | Dr John Marsh | Referred To: | UVA - General Surg. Dr. Carlos Tache-Leon |
| Medical Complaint: | Abscess in Wound S/P Hernia repair. | | |

## CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:

| | |
|---|---|
| Findings: | (R) groin wound infection |
| Lab or X-ray Results: | |
| Diagnosis: | (R) groin wound infection |
| Treatment and Medications Recommended: | BID packing changes to wound site. Cont Abt if purulent drainage persists until Follow-up |
| Restrictions: | No heavy lifting > 15 lbs |
| Consulting Physician: | Carlos Tache-Leon, M.D.   Date: 11/22/10 |
| Follow-up appointment date and time: | Pt to return to operating Room for Incision and Drainag |

of (R) groin wound in December 2010. will contact this facility with specific date.

Exhibit No: 7

Fact:    Surgeon's Report after second surgery following the incident
with Nurse Roach. See highlighted area





12/21/10

To whom it may concern:

Mr. Orlando Pelzer was treated at the University of Virginia today for a right groin wound infection at the site of a previous inguinal hernia repair. The wound was explored and a small infected draining tract was excised. The infection did <u>not</u> involve the hernia repair, which was left intact. <u>One 1/4" penrose drain was sutured into the wound</u>, which was then closed with non-absorbable sutures. Please change this dressing and clean the skin around the wound daily. We will remove the drain next week in our clinic. Mr. Pelzer received general anesthesia without complication. He can resume normal activities and diet.

Robert Smith MD
Robert Smith

P.O. Box 801483 • Charlottesville, VA 22908-1423
Phone: 434-924-5455 • Fax: 434-982-0581

Exhibit No: 8

Fact: Nurse Meadows/RNCB abuse of her status as Head Nurse and endangering me for possible infection again by over ruling Dr. Marsh's referral of me returning to UVA right away for the premature removal of sutures by a student doctor the day before, which caused my incision to be laid open. (After second surgery)

Note: Medical File page 1 has Dr. Marsh MD at A.C.C. assessment + referral of my condition after returning from UVA the day before (12-27-2010) from getting drainage tube removed and all the sutures instead of just the removal of drainage tube. See highlighted area

Note: Medical File page 2 shows Ms. Meadows/RNCB guilt of her over-ruling Dr. Marsh's orders and not following protocol by what she wrote about the actions she took. See highlighted area

*See Informal complaint that wasn't accepted about the initial visit to Dr. Marsh and what happen after he left; The emergency grievance about me not being sent back to the hospital (UVA); And the informal complaint of that wasn't accepted about Ms. Meadows not deeming my emergency grievance an emergency. (All filed on 12-28-10)

• K. Ruckett OSA who use to work in medical organizing files, which is a friend to "Meadows" wouldn't accept complaint
See Exhibit 9

Facility:    AUGUSTA CORRECTIONAL CENTER

Offender Name: _PELZER_ (Last)    _ORLANDO_ (First)    Number: _1184761_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/22/10  6³⁰ | Drsg Δ completed—sutures intact area cleaned, drain afenx intact dry drsg placed - double 4x4's + Abd pads used due to ↑ drainage noted | V. Richmond RN |
| 12/25/10 ⓐ | 7PM wound care completed. Drain intact c̄ mod serosanguineous drainage. Cleaned + redressed c̄ sterile 4x4s + ABD pad | J Spaulson RN |
| 12/27/10 ⓐ | 4thrm ordered from UVa derm nurse. Steri strips to incision dsg Δ BID while still draining leave steri strips on for 7 days. gpm art per day Δ. | O. Miller |
| 12/17/10  1905 | Offender in medical for dsg Δ. Small amount of light red drainage. Steri-strips in place. Applied 2 4x4 ABB sterile gauze pads & windowed c̄ plastic 2" tape. | Y Bates, RN |
| 12-28-10 Am  T 97⁸ po  P- 61  O₂ 100% sat  B/P 142/91  To MD appt. | dsg Δ - Lt red drainage - Steri strips intact on middle to dleft of incision. (R) side of incision open (no steri strips or sutures). Dry dsg applied. Wound bed got look agian after tx hr c̄ VS and premuction remash futtus. (Refer back to V/M nurse.) noted V. Hall LN 12/28/10 off work x 2 wks 1-11-20 days noted V Hall LN 12-28-10 | V. Hall RN |


**Facility:**   AUGUSTA CORRECTIONAL CENTER

**Offender Name:** Pelzer (Last)   Orlando (First)   **Number:** 1184761

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/28/10  1910 | Offender in medical for dvsg Δ. Small amt of blood noted. 3 steri-strips moist & not holding. Reinforced c̄ 3 new steri-strips, leaving ® end of wound where drain was open. Applied 2 4x4 dvsg's & ABD for reinforcement. —— | L Bates, RN |
| 12-28-10  10ᴬ | Presents for dsg Δ - Mod amt bloody drainage on dsg - Ø odor noted - steri strips in place over abd incision - Rt end of incision remains open ( previous site of Penrose drain) - No specific complaints, but expresses disappointment that he is still having "problems" with incision - Says "I'm not going to say any more 'cause everything gets so twisted" — Also states " I do know they took my stitches out too early and that's why I'm busted open again" Quiet + cooperative ———— R Adkins RN — | |
| 12-28-10  4³⁰p | I'm at front gait complaining of incision being gaped open and saturated dressing or. Complains that student doctor took his stitches + drain out too early and now he is open to infection. Area was changed earlier today by R Adkins RN & by D Hoffenberger LPN - Continue | |


**Facility:**    AUGUSTA CORRECTIONAL CENTER

**Offender Name:** _Pelzer_ (Last)    _Orlando_ (First)    **Number:** _1184761_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12/28/10 | Continued — Call to UVA Surgery Clinic. Spoke to Dr Wiggins (on-call MD). Dr Wiggins reviewed notes of Offenders visit 12/27/10. Per Dr Wiggins Offender is to leave Steri-strips in place as ordered. Dressing is to be changed 1-2 times a day while it is still draining. Advised Offender of above. Offender insisted area was gaped open, etc. With LPN Puffenbarger looked at site on LLQ approx 3" area intact with 4 steri strips ++++ farthest right corner is slightly parted with no active draining. Offender wanted to pull area apart to prove his point. Had to stress to inmate to leave area alone. (see above) Multiple folded 4x4 used to cover area. | Ameadaur Rite  [signature] |
| 1/1/11   AM | Offender to medical for dsg △. Steri-strips intact, no drainage noted. Applied 2 sterile 4x4's & ABD pad. | Y Bates, RN |

Exhibit No. 9

Supporting Complaints

Original Copies of Informal Complaints not accepted by K. Puckett/OSA.

*Written copies made for other defendants.

K. Puckett Respondent to complaints. This shows what happens when you get incriminating evidence against staff that hurt inmates here. Friends, family, help cover up what happen.

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Orlando Pelzer _____ 1184761 _____ D2-57B

| Offender Name | Offender Number | Housing Assignment |

- ☐ Unit Manager/Supervisor
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Food Service
- ☐ Commissary
- ☑ Other (Please Specify): Warden D. Braxton
- ☐ Treatment Program Supervisor
- ☐ Mailroom

Briefly explain the nature of your complaint (be specific):

Ms. Meadows in her attempts to be vendictive, has gone against Dr. Marsh's orders recommendation of sending me back to UVA to have my open bleeding wound resutured, because of a mistake of removing all of the sutures by a student doctor on 12-27-10. This is an ongoing issue with Ms. Meadows and some members of her staff refusing me the proper medical care. Nurses Puffenburger, Hall, Richmond, and Bates have all witness the condition of my wound and have knowledge of Dr. Marsh's recommendation orders of me returning to UVA and noted it in my chart today, on 12-28-10, but Ms. Meadows called UVA, made some statements to who ever to prevent what Dr. Marsh MD deem necessary treatment. Ms. Meadows is totally out of protocol by doing so.

Offender Signature _Orlando Pelzer - 1184761_ Date _12-28-10_

## Offenders - Do Not Write Below This Line

**Date Received:** _____     **Tracking #** _____

**Response Due:** _____     **Assigned to:** _____

Action Taken/Response:

This issue has been addressed! Please refer to #ACC-10-inf-00077. Thank you.

_K. Ptt_ | _K. Puckett, OSA_ | _12/30/10_
Respondent Signature | Printed Name and Title | Date

Original – Offender          First Copy – File          Second Copy – Offender as Intake Receipt

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Orlando Pelzer                1184761                 D2-57B
Offender Name                 Offender Number          Housing Assignment

☐ Unit Manager/Supervisor     ☐ Food Service           ☐ Treatment Program Supervisor
☐ Personal Property           ☐ Commissary             ☐ Mailroom
☐ Medical Administrator       ☑ Other (Please Specify): Warden D. Braxton

Briefly explain the nature of your complaint (be specific):

I contend that at about 3 p.m. on 12-28-10 I submitted emergency grievance #088325 complaining of an open wound subsequent to an groin wound infection at the site of a previous inginal hernia repair and the emergency grievance was denied by Ms Meadows RNCB at A.C.C. which is contrary to the Policy of the Dept of Health and Safety, also A.C.A.

Offender Signature  Orlando Pelzer ~1184761          Date  12-28-10

### Offenders - Do Not Write Below This Line

**Date Received:** _____          **Tracking #** _____

**Response Due:** _____           **Assigned to:** _____

Action Taken/Response:

This issue has been addressed. Please refer to #ACC-10-inf-00577. Thank you.

K. Pitt                    K. Pickett, OSA           12/30/10
Respondent Signature       Printed Name and Title     Date

Original – Offender            First Copy – File          Second Copy – Offender as Intake Receipt

# Informal Complaint

JAN - 4 2011

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Orlando Pelzer | 1184761 | D2-57B |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- ☐ Unit Manager/Supervisor
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Food Service
- ☐ Commissary
- ☑ Other (Please Specify): Warden D. Braxton
- ☐ Treatment Program Supervisor
- ☐ Mailroom

Briefly explain the nature of your complaint (be specific):

At about 5 p.m. on 12-28-10 I was called over to Medical dept/A.C.C to speak with Ms. Meadows RNCB after filing an emergency grievance earlier, in which Ms. Meadows stated to-wit: "I will not sign off on any paperwork to have you return to UVA Hospital to close your wound." Ms. Meadows conduct constitutes abuse of her employment status and is cruel punishment.

Offender Signature _Orlando Pelzer - 1184761_  Date _12-28-10_

**Offenders - Do Not Write Below This Line**

**Date Received:** 12-30-10

**Response Due:** 1-14-11

**Tracking #** ACC-10-inf-00377

**Assigned to:** Medical

Action Taken/Response:

Consult appointments are not authorized on this level. Observation of area on this date is noted.

Respondent Signature _Ameadows RNCB_   Printed Name and Title    Date _01-12-11_

Original – Offender          First Copy – File          Second Copy – Offender as Intake Receipt

Revision Date: 7/13/07