CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
MAR 31 2011
JULIA C. DUDLEY, CLERK
BY: K. Bauserma
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ORLANDO PELZER, | ) | Civil Action No. 7:11cv00111 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| JOHN GARMAN, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

Orlando Pelzer, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging that defendant Nurse Roach denied him medical treatment. However, Pelzer does not allege any facts against defendants Garman, Braxton, or Meadows in his complaint. Therefore, the court dismisses Pelzer's claims against defendants Garman, Braxton, or Meadows without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. Accordingly, the only remaining defendant to this action is Nurse Roach.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 31st day of March, 2011.

United States District Judge