CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
MAR 31 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ORLANDO PELZER, | ) | Civil Action No. 7:11cv00111 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN GARMAN, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Pelzer's claims against defendants Garman, Braxton, and Meadows are hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is **DIRECTED** to **TERMINATE** Garman, Braxton, and Meadows as defendants to this action. Accordingly, the only remaining defendant is Nurse Roach.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 31st day of March, 2011.

United States District Judge