CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

NOV 02 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ORLANDO PELZER, | Civil Action No. 7:11-cv-00111 |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN GARMAN, *et al.*, | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**Enter**: November 2, 2011.

UNITED STATES DISTRICT JUDGE