CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

NOV 02 2011

JUL.. C. D.... EY, CLERK
BY:
DEPUTY CLERK



**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

|  |  |  |
|---|---|---|
| **ORLANDO PELZER,** | ) | **Civil Action No. 7:11-cv-00111** |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) | **ORDER** |
| **v.** | ) |  |
|  | ) |  |
| **JOHN GARMAN,** *et al.,* | ) |  |
|  | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and accompanying

Memorandum Opinion to plaintiff.

**Enter**: November 2, 2011.

_____
UNITED STATES DISTRICT JUDGE