CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 23 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

Orlando Pelzer,

    Plaintiff,

V.                          Civil Action No.: 7:11-CV-00111

John Garman, et al,

    Defendants,

## PLAINTIFF'S FIRST REQUEST FOR A SETTLEMENT RESOLUTION

Pursuant to Rule 26(f)(1) of the Federal Rules of Civil Procedure, Plaintiff ask that the parties discuss the possibility for a prompt settlement resolution lower than his initial amount requested.

Respectfully submitted,

*Orlando Pelzer*

Orlando Pelzer

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2012, I mailed a copy of the foregoing Request For Settlement Resolution to counsel for the Defendant, Rosalie Pemberton Fessier, located at 25 North Central Avenue P.O. Box 108 Staunton, Virginia 24402-0108.

*Orlando Pelzer*
Orlando Pelzer

DCK

DANA C. KELLY
NOTARY PUBLIC
STATE OF VIRGINIA
REG. # 7241137

01.30.12

Orlando Pelzer-1184761
L.V.C.C.
5007 Planters Road
Lawrenceville, Va. 23868

United States District Court
Office of the Clerk
P.O. Box 1234
Roanoke, Va. 24006

Hasier
02/21/2012
US POSTAGE $00.65
ZIP 23868
011D11611504

OUTGOING
FEB 21 2012

2400612348434