# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 3 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Orlando Pelzer,

     Plaintiff,

V.                             Civil Action No.: <u>7:11-CV-00111</u>

John Garman, et al,

     Defendants,

## <u>PLAINTIFF'S SECOND REQUEST FOR A SETTLEMENT RESOLUTION</u>

Pursuant to <u>Rule</u> 26(f)(1) of the Federal Rules Of Civil Procedure, Plaintiff ask that the parties discuss the possibility for a prompt settlement resolution ,to avoid the courts the cost of a trial.

Defendant did not respond with an offer, so now Plaintiff makes a relief request lower than his initial request in the amount of $100,000 in accordance with Rule 26(f)(1) of the Federal Rules Of Civil Procedure.

Respectfully submitted,

*Orlando Pelzer*

Orlando Pelzer

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2012, I mailed a copy of the foregoing Request For Settlement Resolution to counsel for the Defendant, Rosalie Pemberton Fessier, located at 25 North Central Avenue P.O. Box 108 Staunton, Virginia 24402-0108.

*Orlando Pelzer*
Orlando Pelzer

ORLANDO Pelzer-1184161
L.V.C.C.
1607 Planters Road
Lawrenceville, Va. 23868

24006123434

United States District Court
Office of the Clerk
P.O. Box 1234
Roanoke, VA. 24006

Hasler
02/21/2012
US POSTAGE
$00.65
FIRST-CLASS
ZIP 23868
011D161l5042

OUTGOING
FEB 21 2012