UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| ORLANDO PELZER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 7:11-CV-111-MFU-RSB |
| | ) | |
| JOHN GARMAN, et al, | ) | |
| | ) | |
| *Defendants* | ) | |

**DEFENDANT'S RESPONSE**

Defendant, Judy Roach, by counsel, responds to this Court's Order dated February 28,

2012 (Doc. 59) by stating that Defendant is not interested in participating in informal mediation

at this time.

JUDY ROACH

By Counsel

By: _____/s/ Rosalie Pemberton Fessier_____
Rosalie Pemberton Fessier
VSB # 39030
Attorney for Defendant Roach
TIMBERLAKE, SMITH, THOMAS & MOSES, P. C.
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537
email: rfessier@tstm.com

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, I have electronically filed this document with the

Clerk of the Court using the CM/ECF system.  I further certify that I have mailed by United States

Postal Service the document to the following non-CM/ECF participant:

Orlando Pelzer, #1184761
Lawrenceville Correctional Center
1607 Planters Road
Lawrenceville, VA   23868

_____/s/ Rosalie Pemberton Fessier_____
Rosalie Pemberton Fessier
VSB No. 39030
Attorney for Defendant Roach
TIMBERLAKE, SMITH, THOMAS & MOSES, P.C.
P. O. Box 108
Staunton, VA   24402-0108
phone: 540-885-1517
fax:     540-885-4537
email:  rfessier@tstm.com

F:\61\RVPF\DRM\Pelzer v. Garman-FF\Pleadings\response to order re mediation 03-01-12.wpd

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537