CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

AUG 17 2012

JULIA ␣␣␣␣␣ CLERK
BY: ␣␣␣␣␣
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ORLANDO PELZER, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.: 7:11-CV-111-MFU-RSB |
| ) | |
| JOHN GARMAN, et al, ) | |
| ) | |
| *Defendants* | |

# ORDER

By agreement of the parties, this case is hereby dismissed with prejudice, all parties to bear their own costs and fees.

ENTERED: This 17th day of ~~July~~ August, 2012

/s/ Michael F. Urbanski
_____
United States District Judge

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

Seen and Agreed:

_____
Robert E. Dean, Esquire
VSB No. 80288
FRITH & ELLERMAN LAW FIRM, P.C.
P. O. Box 8248
Roanoke VA 24014
    *Counsel for plaintiff*

_____
Rosalie Pemberton Fessier, Esquire
VSB No. 39030
TIMBERLAKE, SMITH, THOMAS & MOSES, P.C.
P. O. Box 108
Staunton, VA 24402-0108
    *Counsel for Defendant*

F:\61\RVPF\DRM\Pelzer v. Garman-FF\Pleadings\Order of dismissal 07-16-12.wpd

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

2